**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **HELLEN ALEXANDRA MOYA-ORTIZ** | **CIVIL ACTION NO.  6:26-CV-00557 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MEMORANDUM ORDER**

Before the Court is a PETITION FOR WRIT OF HABEAS CORPUS under 28 U.S.C. § 2241 [Doc. 1] filed by Petitioner Hellen Alexandra Moya-Ortiz ("Moya-Ortiz"), an immigration detainee at the South Louisiana ICE Processing Center in Basile, Louisiana.   Moya-Ortiz alleges that she has Special Immigrant Juvenile Status and was previously released on an Order of Release on Recognizance.  [Doc. 1 at 2].  She asserts that her detention is unlawful and seeks immediate release.

A court may order a respondent to file an answer, motion, or other response, in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna, M.J.)[1].  And this Court has determined that a 21 day briefing schedule with seven days to reply is reasonable and appropriate in cases like Moya-Ortiz's.

Accordingly, IT IS ORDERED that a Response to the PETITION be filed within 21 days of service of this Order on the United States Attorney for the Western District of Louisiana, which must be effected by Moya-Ortiz, who shall have seven days within which to file a reply.

---

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases.  *See Hickey v. Adler*, 2008 WL  835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575, 577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D. W.Va. 1997); *see also Taylor v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241.").

1

To the extent the PETITION has not yet been served on Respondents, Moya-Ortiz is further ORDERED to effect service of the PETITION with this Order.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

THUS DONE in Chambers on this 27th day of March, 2026.

David J. Ayo
United States Magistrate Judge

2